UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEREMIAH J. CARTER,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>GEORGE R. MAYE,<br>　　　　　　　　　Defendant. | Case No. 2:18-cv-01614-RFB-CWH<br><br>**<u>ORDER</u>** |

Presently before the court is defendant George R. Maye's Motion to Continue Settlement Conference (ECF No. 18), filed on May 16, 2019. Defendant requests that the settlement conference currently set for May 28, 2019, be continued due to conflicts with defendant's attorney's trial schedule. Having read and considered the motion, and good cause appearing, the court will grant the motion and will reschedule the settlement conference for **Friday, August 30, 2019, at 9:00 a.m.** in the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. **I no longer have any available dates to conduct a settlement conference before my retirement on August 4, 2019**. **This settlement conference will be conducted by my successor.** All other provisions of the court's previous order (ECF No. 17) regarding the settlement conference remain in effect.

IT IS SO ORDERED.

DATED: May 21, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　C.W. HOFFMAN, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1